# **Final Verdict Solutions**

**James E. Shelton: Director**
316 Covered Bridge Road
King of Prussia, PA 19406
Tel: (484) 626.3942
James@finalverdictsolutions.com

April 6th, 2017

**United States District Court for the District of New Jersey**
**Mitchell H. Cohen Building & U.S. Courthouse**
**4th & Cooper Streets**
**Camden, NJ 08101**

RE: SHELTON v. CAPITAL ADVANCE SOLUTIONS, LLC, Entry of Foreign Judgment & Request of Issuance of Writ of Execution

TO THE CLERK OF COURT:

Enclosed please find a certified copy of the above-captioned judgment originally awarded to Ryan Alcorn. I am the judgment creditor and the assignee of record in this matter by virtue of an Assignment of Judgment filed with the United States District Court for the Southern District of Texas. I would like to enter this judgment in your court and proceed with execution. Enclosed please find a check for the $47.00 filing fee. Kindly record the foreign judgment in your court, and return a time-stamped copy to my office in the stamped envelope I have provided for your convenience.

Once the judgment has been docketed, please file the enclosed Writ of Execution, and forward copies to the U.S. Marshals for service. Please find a check for $300 to cover the fees for service of the Writ upon the Defendant.

Thank you. Please do not hesitate to contact me if you have any questions.

Respectfully Submitted,

*James E. Shelton*

James E. Shelton
Director, Final Verdict Solutions
Assignee of Record