**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JAMES E. SHELTON DBA FINAL VERDICT SOLUTIONS | 1:17-mc-8-NLH |
| DEFENDANT | TYPE OF PROCESS |
| CAPITAL ADVANCE SOLUTIONS, LLC | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CAPITAL ADVANCE SOLUTIONS, LLC
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
8025 Black Horse Pike Suite 400, West Atlantic City, NJ 08232

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Alternate address: 1715 State Rt 35 Suite 302, Middletown, NJ 07748 (corporate headquarters)
Telephone Numbers: 732-865-8050 (corporate number), 1-866-995-7272 (secondary number).
Charles Betta, CEO: 732-291-5375

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
*James E. Shelton*
TELEPHONE NUMBER: 484-626-3942
DATE: 4/6/17

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

Total Process: 1
District of Origin No. 450
District to Serve No. 450
Signature of Authorized USMS Deputy or Clerk
Date: 4/12/17

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:
Brian Strahl, Manager

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 5/2/17   Time: 2:16 pm

Signature of U.S. Marshal or Deputy: *A. Leone*

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 195— | 63.28 | | 255.28 | | $0.00 |

REMARKS:
U.S. Deputy Marshal Leone called Mr. Shelton and informed him that he would need a seizure order to take possession of property 84/17 etc.

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13