**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>JAMES E. SHELTON DBA FINAL VERDICT SOLUTIONS | COURT CASE NUMBER<br>1:17-mc-00008 |
| DEFENDANT<br>CAPITAL ADVANCE SOLUTIONS, LLC | TYPE OF PROCESS<br>Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
AFFINITY FEDERAL CREDIT UNION, Garnishee
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
73 Mountainview Boulevard, Basking Ridge, NJ 07920

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

RECEIVED USMS NEWARK, N.J. 07102 2017 APR 25 AM 7:07

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Normal business hours Monday-Friday

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
*James E Shelton*
TELEPHONE NUMBER: 484-626-3942
DATE: 4/19/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 50 | District to Serve<br>No. 50 | Signature of Authorized USMS Deputy or Clerk<br>*C. Roberts* | Date<br>4-25-17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
GILLIAN PINTER, LOSS PREVENTION SPECIALIST

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 5/2/17
Time: 9:29 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy: *S. May* 4090

| Service Fee<br>$65 | Total Mileage Charges including endeavors)<br>50 MI.(RT) x .535 = 26.75 | Forwarding Fee | Total Charges | Advance Deposits<br>300.00 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: 1.) SERVED GILLIAN PINTER, LOSS PREV. SPEC., OF AFFINITY FED CREDIT UNION AT 73 MOUNTAINVIEW BLVD., BASKING RIDGE, NJ

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13