James E. Shelton
Director, Final Verdict Solutions
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
james@finalverdictsolutions.com
Assignee of Record

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RYAN ALCORN<br><br>    Plaintiff<br><br>CAPITAL ADVANCE SOLUTIONS LLC<br><br>    Defendant | No. 1:17-cv-03442<br><br>RECEIVED<br>JUL 24 2017<br>AT 8:30_____M<br>WILLIAM T. WALSH CLERK |

### WARRANT TO SATISFY JUDGMENT:

### TO THE CLERK OF COURT:

Satisfaction of judgment obtained herein by plaintiff Ryan Alcorn, and thereafter assigned to James E. Shelton dba Final Verdict Solutions, against defendant Capital Advance Solutions, LLC, is hereby acknowledged and it is hereby requested that a Satisfaction of Judgment be entered on record herein. Said defendants are hereby released from said judgment.

Dated: July 17th, 2017

Respectfully Submitted,

*James E. Shelton*
James E. Shelton
Director, Final Verdict Solutions
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
james@finalverdictsolutions..com
Assignee of Record, *Pro Se*

James E. Shelton
Director, Final Verdict Solutions
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
james@finalverdictsolutions.com

Assignee of Record

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RYAN ALCORN** | No. 1:17-cv-03442 |
| **Plaintiff** | |
| **CAPITAL ADVANCE SOLUTIONS LLC** | |
| **Defendant** | |

## CERTIFICATE OF SERVICE:

This is to certify that on July 17, 2017, I served the documents described as: WARRANT TO SATISFY JUDGMENT on all interested parties in this action by electronic mail and by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail in King of Prussia, Pennsylvania, addressed to:

Christopher Devanny, Esquire KENT/McBRIDE, P.C., Attorney for Capital Advance Solutions, LLC, 1715 Highway 35, Suite 305 Middletown, NJ 07748
cdevanny@kentmcbride.com

I declare under penalty of perjury that the foregoing is true and correct.
Executed on July 17, 2017 at King of Prussia, Pennsylvania.

*James E. Shelton*
James E. Shelton
Director, Final Verdict Solutions
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
james@finalverdictsolutions.com
Assignee of Record

James E. Skelton
316 Cuerrd Bridge Rd
King of Prussia, PA 19406

United States District Court
For the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101
ATTN: Civil Clerk of Courts

RECEIVED
JUL 24 2017
AT 8:30 ___M
WILLIAM T. WALSH CLERK